FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAR 18 2011

D. MARK JONES, CLERK
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **VERDICT** |
| v. | |
| JAMIS MELWOOD JOHNSON, | 2:09-CR-00133 CW |
| Defendant. | |

We, the jury duly impaneled in the above-entitled case, find the defendant JAMIS MELWOOD JOHNSON:

☒ GUILTY  ☐ NOT GUILTY as to Count 1 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 2 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 4 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 5 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 6 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 7 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 9 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 11 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 12 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 13 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 14 of the Indictment.

☒ GUILTY  ☐ NOT GUILTY as to Count 15 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 16 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 18 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 19 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 21 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 23 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 27 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 28 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 29 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 30 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 31 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 32 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 33 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 35 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 37 of the Indictment.

☒ GUILTY ☐ NOT GUILTY as to Count 38 of the Indictment.

DATED this 18 day of March, 2011.

_____
FOREPERSON